RECEIVED
BY: _____ JM
MAY 2 2 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | |
|---|---|
| ANTHONY LORANCE WILLIAMS | CIVIL ACTION NO. 06-2142-P |
| VERSUS | JUDGE WALTER |
| STEVE PRATOR, ET AL. | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's civil rights complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e).

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 20 day of May 2009.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE